| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R6 / 5ZN 23936781 | 01/ | 1113167 | 1 of 1 |

Capstone Law LLC
1701 Walnut St 7th Fl
Philadelphia, PA 19103

**Earnings Statement**



Period Starting: 04/01/2019
Period Ending: 04/15/2019
Pay Date: 04/15/2019

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal: 14          Federal: 0.00 Addnl
  State: 2             State:
  Local: 0             Local:
Social Security Number: XXX-XX-XXXX

Stephen J Davis
139 Cricket Drive
Malvern, PA 19355

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular |  | 0.00 | 5000.00 | 35000.00 |
| Bonus |  |  | 0.00 | 2500.00 |
| **Gross Pay** |  |  | **$5,000.00** | **$37,500.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -230.83 | 2105.69 |
| Social Security | -310.00 | 2325.00 |
| Medicare | -72.50 | 543.75 |
| Pennsylvania State Income | -153.50 | 1151.25 |
| Pennsylvania State UI | -3.00 | 22.50 |
| Phila NR Local Income | -172.84 | 1296.29 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Health Reimbursement | 342.14 | 2688.56 |
| **Net Pay** | **$4,399.47** |  |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7739 | XXXXXXXXX | 4399.47 |

Your federal taxable wages this period are $5,000.00
* Excluded from Federal taxable wages

---

Capstone Law LLC
1701 Walnut St 7th Fl
Philadelphia, PA 19103

Pay Date:    04/15/2019

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX7739 | XXXXXXXXX | 4399.47 |

Stephen J Davis
139 Cricket Drive
Malvern, PA 19355