# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 19-10424-MDC

STEPHEN JUSTIN DAVIS

139 CRICKET DRIVE

MALVERN, PA 19355

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    STEPHEN JUSTIN DAVIS

    139 CRICKET DRIVE

    MALVERN, PA 19355

**Counsel for debtor(s), by electronic notice only.**
    S. JUSTIN DAVIS, ESQ
    CAPSTONE LAW LLC
    1760 MARKET ST, STE # 1200
    PHILA.,, PA 19103-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 5/8/2019

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee