## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re: STEPHEN JUSTIN DAVIS**     :     Chapter 13
:
:
**Debtor**     :     Bky. No. 19-10424-MDC

Debtor, Stephen Justin Davis, objects to the proof of claim filed in this case by Great Valley School District and in states:

1.  This case was commenced by the filing of a bankruptcy petition (hereinafter "Petition") on January 24, 2019.

2.  Great Valley School District (hereinafter "Creditor") filed a purported proof of claim (Claim No. 13-1 ) in the amount of $6,285.54 for mortgage arrears.

3.  Debtor objects to Claim No.13.1 for the following reasons:

    a. Creditor's claim includes $1,090.70 of post-petition interest. Post-petition interest in this circumstance is inappropriate and should be stricken.

    b. Even if the Court determines that post-petition interest is appropriate in this circumstance, an interest rate of 10% is excessive. The current IRS interest rate is 6% which is more appropriate. Further, Creditor calculates the interest rate based upon a 54 month amortization. Under the current project plan payment amounts, Creditor will be paid in full within approximately 18 months. Based upon this calculation, the post-petition interest would be $214.

**WHEREFORE**, the Debtor respectfully requests that the Court: (1) Sustain the Debtors objection to the Creditor's proof of claim; (2) Reduce the claim to the appropriate amount; and (3) Grant any other such relief as the Court determines just and proper.

Dated: August 7, 2019.

/s/ Stephen Justin Davis
**Pro Se Debtor**
 **Email: sjustindavis@yahoo.com**

### **PROOF OF SERVICE**

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on August 7, 2019 to: Chapter 13 Trustee; and Creditor.

/s/ Stephen Justin Davis
**Pro Se Debtor**
 **Email: sjustindavis@yahoo.com**