**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: **STEPHEN JUSTIN DAVIS** | : | **Chapter 13** |
| | : | |
| | : | |
| **Debtor** | : | **Bky. No. 19-10424-MDC** |

## ORDER

AND NOW, this _____ day of _____, 201_, having considered the debtor's Objection to creditor, Great Valley School District's, proof of claim (Claim No. 13-1) in the amount of $6,285.54, after a hearing thereon, it is hereby

ORDERED that debtor's objection is sustained, and Great Valley School District's, proof of claim (Claim No. 13-1) is hereby reduced to $5,194.84.

BY THE COURT

_____
Magdeline D. Coleman
BANKRUPTCY JUDGE

cc:

U.S. Trustee:
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Creditor's Attorney:
James R. Wood, Esquire
Portnoff Law Associates, Ltd.
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406