# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: STEPHEN JUSTIN DAVIS** | : | Chapter 13 |
| | : | |
| | : | |
| **Debtor** | : | Bky. No. 19-10424-MDC |

## ORDER

AND NOW, this _____ day of _____, 201_, having considered the debtor's Objection to creditor, PennyMac Loan Services, LLC's, proof of claim (Claim No. 7-1 ) in the amount of $18.302.22, after a hearing thereon, it is hereby

ORDERED that debtor's objection is sustained, and PennyMac Loan Services, LLC's, proof of claim (Claim No. 7-1) is hereby reduced to $11,236.06.

BY THE COURT

_____
Magdeline D. Coleman
BANKRUPTCY JUDGE

cc:

U.S. Trustee:
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Creditor's Attorney:
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322