# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-10424-MDC

STEPHEN JUSTIN DAVIS

139 CRICKET DRIVE

MALVERN, PA 19355

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    STEPHEN JUSTIN DAVIS

    139 CRICKET DRIVE

    MALVERN, PA 19355

Counsel for debtor(s), by electronic notice only.

    S. JUSTIN DAVIS, ESQ
    CAPSTONE LAW LLC
    1760 MARKET ST, STE # 1200
    PHILA.,, PA 19103-

Date: 8/16/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee