**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: STEPHEN JUSTIN DAVIS | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Bky. No. 19-10424-MDC |

**WITHDRAWAL OF OBJECTION TO**
**CLAIM OF EXEMPTION**

Debtor, Stephen Justin Davis, hereby withdraws his objection to the proof of claim filed in this case by PennyMac Loan Services, LLC (Claim No. 7-1) and in states:

1. This case was commenced by the filing of a bankruptcy petition (hereinafter "Petition") on January 24, 2019.

2. Debtor filed an objection ("Objection") to PennyMac Loan Services, LLC's (hereinafter "Creditor") proof of claim (Claim No. 7-1) in the amount of $18,302.22 for mortgage arrears on August 7, 2019.

3. After discussions with Creditor, Debtor believes in is in the best interest of the parties to withdraw his Objection.

WHEREFORE, the Debtor respectfully withdraws his Objection.

/s/ Stephen Justin Davis
**Pro Se Debtor**
**Email: sjustindavis@yahoo.com**

## **PROOF OF SERVICE**

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on November 23, 2019 to: Chapter 13 Trustee; and Creditor.

/s/ Stephen Justin Davis
**Pro Se Debtor**
 **Email: sjustindavis@yahoo.com**