IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

***

| | |
|---|---|
| IN RE: | ) |
| | ) BK. 19-10424-mdc |
| STEPHEN JUSTIN DAVIS | ) |
| | ) Chapter 13 |
| DEBTORS | ) |

***

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM (CLAIM #10)

Township of East Whiteland ("Municipality") filed a claim on April 9, 2019 in the above-captioned case. The Municipality hereby withdraws this claim as such claim has been resolved. Such withdrawal shall have no impact on any other proof(s) of claim filed by the Municipality in the above-captioned case.

Respectfully submitted,

KRATZENBERG, LAZZARO, LAWSON & VINCENT

_____
Michael Mazzella, Esquire
PA I.D. No. 321153
546 Wendel Road
Irwin, PA 15642
Telephone (724) 978-0333
Facsimile (724) 978-0339
ymmerdian@keystonecollects.com
Attorney for Township of East Whiteland