UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Stephen Justin Davis    :    Chapter 13
          :
          Debtor.    :    Bankruptcy No.   19-10424 (MDC)

### STIPULATION RESOLVING OBJECTION TO PROOF OF CLAIM 13

TO THE HONORABLE MAGDELINE D. COLEMAN, UNITED STATES BANKRUPTCY JUDGE:

The Debtor, Stephen Justin Davis, and secured creditor Great Valley School District (the "School District"), by and through its counsel, hereby respectfully submit the following stipulation resolving Debtor's objection to Proof of Claim Number 13 ("Claim 13"):

**WHEREAS**, Debtor filed the present bankruptcy petition under chapter 13 of the Bankruptcy Code on January 24, 2019;

**WHEREAS**, the School District, by and through its counsel, filed Claim 13 in the amount of $6,285.54 on July 11, 2019, for unpaid interim school real estate taxes for the years 2016-2017 (the "Interim School Taxes") on property located 139 Cricket Drive, Malvern, Pennsylvania, Parcel 42-3-537 (the "Property");

**WHEREAS**, Debtor filed an objection (the "Objection") to Claim 13 on August 14, 2019 (Doc. 29);

**WHEREAS**, the parties desire to resolve the Objection by stipulation;

**NOW, THEREFORE**, it is agreed to by the parties as follows:

1.    Claim 13 shall be an allowed secured claim in the amount of $5,438.74, which includes post-petition interest on the principle balance at a rate of 10% per annum.

2.    The School District shall file an amended Claim 13 in this amount.

     3.     Debtor shall file an amended chapter 13 plan providing for the allowed secured amount of Claim 13 as set forth in this stipulation to be paid in full within 18 months from the date of the filing of this case.

     4.     In event that Claim 13 is not paid in full within 18 months from the date of the filing of this case and more than $100.00 of additional interest accrues under state law as a result, the School District shall have the right to file a second amended Claim 13 to add such additional interest.

     5.     The Debtor shall then file another amended chapter 13 plan that provides for the second amended Claim 13 to be paid in full, unless Debtor successfully objects to the second amended Claim 13.

By: /s/ Stephen Justin Davis, Esquire
Stephen Justin Davis, Esquire
Debtor

By: /s/ James R. Wood, Esquire
James R. Wood, Esquire
Attorney for School District

Dated: October 1, 2019

**STIPULATION APPROVED THIS** 4th **DAY OF** December **, 2019.**

BY THE COURT:

_Magdeline D. Coleman_
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**