```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                                    Case No. 19-10424-mdc
Stephen Justin Davis                                                      Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW              Page 1 of 1            Date Rcvd: Dec 04, 2019
                            Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2019.
db             +Stephen Justin Davis,    139 Cricket Drive,    Malvern, PA 19355-1541
cr             +Great Valley School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2019 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    Great Valley School District
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              KARINA  VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennymac Loan Services, LLC bkgroup@kmllawgroup.com
              S. JUSTIN DAVIS    on behalf of Debtor Stephen Justin Davis justin@capstonelawllc.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Stephen Justin Davis   :   Chapter 13
                                :
         Debtor.                :   Bankruptcy No.  19-10424 (MDC)

## STIPULATION RESOLVING OBJECTION TO PROOF OF CLAIM 13

TO THE HONORABLE MAGDELINE D. COLEMAN, UNITED STATES BANKRUPTCY JUDGE:

The Debtor, Stephen Justin Davis, and secured creditor Great Valley School District (the "School District"), by and through its counsel, hereby respectfully submit the following stipulation resolving Debtor's objection to Proof of Claim Number 13 ("Claim 13"):

**WHEREAS**, Debtor filed the present bankruptcy petition under chapter 13 of the Bankruptcy Code on January 24, 2019;

**WHEREAS**, the School District, by and through its counsel, filed Claim 13 in the amount of $6,285.54 on July 11, 2019, for unpaid interim school real estate taxes for the years 2016-2017 (the "Interim School Taxes") on property located 139 Cricket Drive, Malvern, Pennsylvania, Parcel 42-3-537 (the "Property");

**WHEREAS**, Debtor filed an objection (the "Objection") to Claim 13 on August 14, 2019 (Doc. 29);

**WHEREAS**, the parties desire to resolve the Objection by stipulation;

**NOW, THEREFORE**, it is agreed to by the parties as follows:

1. Claim 13 shall be an allowed secured claim in the amount of $5,438.74, which includes post-petition interest on the principle balance at a rate of 10% per annum.

2. The School District shall file an amended Claim 13 in this amount.

3. Debtor shall file an amended chapter 13 plan providing for the allowed secured amount of Claim 13 as set forth in this stipulation to be paid in full within 18 months from the date of the filing of this case.

4. In event that Claim 13 is not paid in full within 18 months from the date of the filing of this case and more than $100.00 of additional interest accrues under state law as a result, the School District shall have the right to file a second amended Claim 13 to add such additional interest.

5. The Debtor shall then file another amended chapter 13 plan that provides for the second amended Claim 13 to be paid in full, unless Debtor successfully objects to the second amended Claim 13.

By: /s/ Stephen Justin Davis, Esquire
Stephen Justin Davis, Esquire
Debtor

By: /s/ James R. Wood, Esquire
James R. Wood, Esquire
Attorney for School District

Dated: October 1, 2019

**STIPULATION APPROVED THIS** 4th **DAY OF** December **, 2019.**

BY THE COURT:

_____
**MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE**