L.B.F. 3015-6B

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **IN RE:** Stephen Davis | : | **Chapter** | 13 |
| | : | | |
| **Debtor(s)** | : | **Bky. No.** | 19-10424 |

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I Stephen Davis, hereby state under penalty of perjury in connection with the confirmation hearing in the above case:

1. I have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. I have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

**Date:** 01/14/2020         /s/ Stephen J Davis
                            [name]