**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Stephen Justin Davis fka S. Justin Davis** <br> **Debtor(s)** | **BK NO. 19-10424 MDC** <br><br> **Chapter 13** <br><br> **Related to Docket No. 59** |
| **William C. Miller Esq.,** <br> **Trustee** | |

**CERTIFICATE OF SERVICE OF**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Stephen J. Davis, certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 24, 2020, I served the Third Amended Chapter 13, filed in the proceeding on the parties at the addresses shown below:

Creditor(s)

Pennsylvania Department of Revenue
Bankruptcy Division, PO Box 280946
Harrisburg PA 17128-0946

JPMorgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505 AZ1-1191
Phoenix, AZ 85038-9505

Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

Access Group
PO Box 82522
Lincoln, NE 68501

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541

Attorney for Creditor(s)

Karina Velter
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, Ohio 43216-5028
1515 Market Street
Philadelphia, PA 19102
717.516.7662
kvelter@manleydeas.com

2910 Market Street
Philadelphia, PA 19104

Quantum3 Group LLC as agent for
Comenity Capital Bank"
PO Box 788
Kirkland, WA 98083-0788

PennyMac Loan Services, LLC
P.O. Box 2410
Moorpark, CA 93020

LVNV Funding LLC  (14428029) (cr)
PO Box 10587
Greenville, SC 29603-0587

Citibank, N.A.
701 East 60th Street
Sioux Falls, SD 57117

Chester County Tax Claim Bureau
313 West Market Street
West Chester PA 19380

Internal Revenue Service
Great Valley School District
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404

KML Law Group, P.C.
Pennsylvania and New Jersey
Kevin G. McDonald, Esquire
kmcdonald@kmllawgroup.com
Phone: (215)825-6311 Internal Ext 8311
215-627-1322 (main phone)

Trustee
William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

    Method of Service: electronic means or first class mail

Dated: February 10, 2020

**/s/ Stephen J. Davis**
Phone: (215) 900-1834
Email: sjustindavis@yahoo.com