# COUNTY OF CHESTER
## TAX CLAIM BUREAU

313 W. MARKET STREET, SUITE 3602, P.O. BOX 2748, WEST CHESTER, PA 19380-0991
Phone:  610-344-6360
Fax:    610-344-4722
www.chesco.org

November 20, 2020

United States Bankruptcy Court
For The Eastern District of Pennsylvania
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA  19107

Re:   Debtor(s): Stephen Justin Davis
      Case No: 19-10424
      Chapter 13

Dear Sir or Madam:

Enclosed please find an original and a copy of a Praecipe to Withdraw the Proof of Claim and a Certificate of Service. This Proof of Claim has been satisfied. The delinquent real estate taxes due and owing have been paid in full by Pennymac Loan Services, LLC.

Kindly file the original and return the time-stamped copies in the enclosed self-addressed, stamped envelope.

Thank you for your attention to this matter.

Sincerely,

David Unger
Judicial Sale Coordinator
Chester County Tax Claim Bureau

Enclosure

NOV 27 2020

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Re: Debtor(s): Stephen Justin Davis

: CHAPTER 13
: Case No. 19-10424

## CERTIFICATION OF SERVICE OF PETITION TO WITHRAW

I, David Unger, Judicial Sale Coordinator for the Chester County Tax Claim Bureau, hereby certify that I have served a true and correct copy of a the Petition to Withdraw the Proof of Claim filed on behalf of the Chester County Tax Claim Bureau by United States Mail, First Class, Postage Prepaid, on the 20th of November, 2020, on the following:

S. Justin Davis, Esquire
Capstone Law, LLC
139 Cricket Drive
Malvern, PA 19355

William C. Miller, Trustee
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

David Unger
Judicial Sale Coordinator
Chester County Tax Claim Bureau

NOV 27 2020

United States Bankruptcy Court for the Eastern District of Pennsylvania

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Stephen Justin Davis #19-10424 |
|---|---|
| Creditor Name and Address: | Stephen Justin Davis<br>139 Cricket Drive<br>Malvern, PA 19355 |
| Court Claim Number (if known): | #11 |
| Date Claim Filed: | April 8, 2019 |
| Total Amount of Claim Filed: | $605.10 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 11/20/2020

_[signature]_

Print Name: David Unger

Title (if applicable): Judicial Sale Coordinator

---

### DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

> This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.