UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DATE: 12/18/20

To: KARINA VELTER
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216

In re: Stephen Justin Davis
Bankruptcy No. 19-10424-mdc
Adversary No.
Chapter 13

Re: Motion for Relief from Stay

The above document(s) were filed in this office on 12/17/2020. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

| | |
|---|---|
| ( ) | Voluntary Petition Amount |
| ( ) | Adversary Proceeding Amount |
| ( ) | $31.00 Filing Fee for Amendments |
| ( ) | $25.00 Claims Transfer Fee |
| (xx) | Motion Filing Fee Amount-$188.00 |

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk

By: **C. Wagner**
Deputy Clerk

*Fee Notice*
*(11/26/18)*