**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-10424** |
| **Stephen Justin Davis FKA S. Justin** : | **Chapter 13** |
| **Davis** : | **Judge Magdeline D. Coleman** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| : | |
| **JPMorgan Chase Bank, N.A.** : | **Date and Time of Hearing** |
| **Movant,** : | **Place of Hearing** |
| **vs** : | **January 12, 2021 at 10:30 a.m.** |
| : | |
| **Stephen Justin Davis FKA S. Justin** : | **U.S. Bankruptcy Court** |
| **Davis** : | **900 Market Street, Courtroom #2** |
| : | **Philadelphia, PA, 19107** |
| **William C. Miller** : | |
| **Respondents.** | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT JPMORGAN**
**CHASE BANK, N.A. TO REPOSSESS THE 2014 ACURA MDX WITH THE VEHICLE**
**IDENTIFICATION NUMBER 5FRYD4H49EB007493 (DOCUMENT NO. 74)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on December 17, 2020 at Document No. 74 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than January 1, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Karina Velter
Karina Velter, Esquire (94781)

19-006191_BEW1

Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-006191_BEW1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | |
| | **Case No.: 19-10424** |
| **Stephen Justin Davis FKA S. Justin Davis** | **Chapter 13** |
| | **Judge Magdeline D. Coleman** |
| | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **Debtor(s)** | |
| | |
| **JPMorgan Chase Bank, N.A.** | **Date and Time of Hearing** |
| **Movant,** | **Place of Hearing** |
| vs | **January 12, 2021 at 10:30 a.m.** |
| | |
| **Stephen Justin Davis FKA S. Justin Davis** | **U.S. Bankruptcy Court** |
| | **900 Market Street, Courtroom #2** |
| | **Philadelphia, PA, 19107** |
| **William C. Miller** | |
| **Respondents.** | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Certificate of No Objection Regarding Motion for Relief from the Automatic Stay to Permit JPMorgan Chase Bank, N.A. To Repossess the 2014 Acura MDX with the Vehicle Identification Number 5FRYD4H49EB007493 (Document No. 74) was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

S. Justin Davis, Attorney for Stephen Justin Davis FKA S. Justin Davis, Capstone Law LLC, 139 Cricket Drive, Malvern, PA  19355, justin@capstonelawllc.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on ___January 4_____, 2021:

19-006191_BEW1

Stephen Justin Davis fka S. Justin Davis, 139 Cricket Drive, Malvern, PA  19355

Stephen Justin Davis, 1086 W King Rd Apt AS313, Malvern, PA 19355, Chester

DATE:  January 4, 2021

 /s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-006191_BEW1