## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Stephen Justin Davis FKA S. Justin** | : | **Case No.: 19-10424** |
| **Davis** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

### WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel

of record for creditor **JPMorgan Chase Bank, N.A.** ("Creditor").  Sarah E. Barngrover is no

longer counsel for Creditor and should not receive future notices in this case.


/s/ Sarah E. Barngrover                                     /s/ Adam B. Hall
Sarah E. Barngrover (28840-64)            Adam B. Hall (323867)
Manley Deas Kochalski LLC                 Manley Deas Kochalski LLC
P.O. Box 165028                                     P.O. Box 165028
Columbus, OH  43216-5028                   Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181          614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com               abh@manleydeas.com

19-006191_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 19-10424** |
| **Stephen Justin Davis FKA S. Justin** | : | **Chapter 13** |
| **Davis** | : | **Judge Magdeline D. Coleman** |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Related Document #** |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Stephen Justin Davis FKA S. Justin** | : | |
| **Davis** | : | |
| | : | |
| **William C. Miller** | : | |
| **Respondents.** | | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was served on the parties listed below via e-mail

notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105,
ecfemails@ph13trustee.com

S. Justin Davis, Attorney for Stephen Justin Davis FKA S. Justin Davis, 139 Cricket Drive,
Malvern, PA  19355, justin@capstonelawllc.com

19-006191_PS

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 4, 2021:

Stephen Justin Davis FKA S. Justin Davis, 139 Cricket Drive, Malvern, PA  19355

DATE: <u>September 4, 2021</u>

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com