United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 19-10424-mdc

Stephen Justin Davis                                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 04, 2022 | Form ID: 138OBJ | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2022:**

| Recip ID | #+ | Recipient Name and Address |
|---|---|---|
| db | #+ | Stephen Justin Davis, 139 Cricket Drive, Malvern, PA 19355-1541 |
| 14262555 | + | AT&T, ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 14287168 | + | Access Group, PO Box 82522, Lincoln, NE 68501-2522 |
| 14262556 | + | CCB/BJSCLUB, PO Box 182120, Columbus, OH 43218-2120 |
| 14304191 | + | Chester County Tax Claim Bureau, 313 West Market Street, West Chester PA 19382-2804 |
| 14302529 | | Citibank, N.A., 6716 Grade Lane, Bldg9 Suite 910-PY Dept, Louisville KY 40213-3419 |
| 14262560 | + | County of Chester, PO Box 2748, West Chester, PA 19380-0991 |
| 14262561 | + | East Whiteland Township, Betsy Blackburn-Goslin, 6 Elk Drive, Malvern, PA 19355-1517 |
| 14355493 | + | Great Valley School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14356266 | + | Great Valley School District, c/o JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100 King of Prussia, PA 19406-2726 |
| 14262562 | + | Great Valley School District, PO Box 505, Keystone Collections Group, Irwin, PA 15642-0505 |
| 14262564 | | Internal Revenue Service, 2910 Market Street, Philadelphia, PA 19104 |
| 14262565 | + | PA Bureau of Individual Taxes, PO Box 280431, Harrisburg, PA 17128-0431 |
| 14262566 | + | PA Dept of Revenue, Linebarger Goggan Blair & Sampson, LLP, PO Box 90128, Harrisburg, PA 17109-0128 |
| 14267335 | + | Pennymac Loan ervices,LLC, c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14300534 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41031, Norfolk VA 23541-1031 |
| 14302530 | | Synchrony Bank, PO BOX 3978, Seattle WA 98124-3978 |
| 14303879 | + | Twp.E. Whiteland c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| | | | Oct 05 2022 00:01:00 | |
| 14262557 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| | | | Oct 05 2022 00:11:22 | |
| 14284633 | + | Email/Text: RASEBN@raslg.com | | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| | | | Oct 05 2022 00:01:00 | |
| 14302122 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| | | | Oct 05 2022 00:11:27 | |
| 14689792 | + | Email/Text: ECMCBKNotices@ecmc.org | | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| | | | Oct 05 2022 00:01:00 | |
| 14690585 | + | Email/Text: ECMCBKNotices@ecmc.org | | ECMC, Lockbox #8682, PO BOX 16478, ST PAUL MN 55116-0478 |
| | | | Oct 05 2022 00:01:00 | |
| 14262563 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | Home Depot THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| | | | Oct 05 2022 00:11:23 | |
| 14272064 | + | Email/Text: amps@manleydeas.com | | JPMORGAN CHASE BANK, C/O KARINA VELTER, Manley Deas Kochalski LLC, P.O. Box |
| | | | Oct 05 2022 00:01:00 | |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 04, 2022 | | Form ID: 138OBJ | Total Noticed: 40 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 165028, Columbus, OH 43216-5028 |
| 14262559 | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 05 2022 00:11:30 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14277432 | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 05 2022 00:11:30 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14277754 | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 05 2022 00:11:30 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, PO BOX 901032, Fort Worth TX 76101-2032 |
| 14262558 | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 05 2022 00:11:22 | Chase Auto Finance, PO Box 901076, Fort Worth, TX 76101-2076 |
| 14428029 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2022 00:11:26 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14469931 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2022 00:11:26 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14263272 | + Email/PDF: rmscedi@recoverycorp.com | Oct 05 2022 00:11:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14262567 | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 00:11:26 | PayPal Credit, PO Box #71202, Charlotte, NC 28272-1202 |
| 14265803 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 05 2022 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14302049 | + Email/PDF: ebnotices@pnmac.com | Oct 05 2022 00:11:30 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14262568 | Email/PDF: ebnotices@pnmac.com | Oct 05 2022 00:11:27 | Pennymac Loan Services, LLC, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14295910 | Email/Text: bnc-quantum@quantum3group.com | Oct 05 2022 00:01:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14302115 | + Email/Text: bncmail@w-legal.com | Oct 05 2022 00:01:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14263853 | + Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 00:11:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14300253 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 06, 2022                           Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Great Valley School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com |
| STEPHEN DAVIS | on behalf of Debtor Stephen Justin Davis sjustindavis@yahoo.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Stephen Justin Davis

               Debtor(s)
                                              Case No: 19−10424−mdc

                                              Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/4/22